# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130125-7(83)

CARRIER CREEK DRAINAGE DISTRICT,
    Plaintiff-Appellee,

v

LAND ONE, L.L.C.,
    Defendant-Appellant.

SC: 130125
COA: 255609
Eaton CC: 03-000067-CC

_____

CARRIER CREEK DRAINAGE DISTRICT,
    Plaintiff-Appellee,

v

ECHO 45, L.L.C.,
    Defendant-Appellant.

SC: 130126
COA: 255610
Eaton CC: 03-000068-CC

_____

CARRIER CREEK DRAINAGE DISTRICT,
    Plaintiff-Appellee,

v

LAND ONE, L.L.C.,
    Defendant-Appellant,
and

STANDARD FEDERAL BANK, f//k/a
MICHIGAN NATIONAL BANK,
    Defendant-Appellee.

SC: 130127
COA: 255611
Eaton CC: 03-000069-CC

_____

On order of the Chief Justice, the motion by defendants-appellants for leave to file a supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

Clerk